UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJON SIMPSON,<br><br>                  Plaintiff,<br><br>    v.<br><br>SCORE JAIL,<br><br>                  Defendant. | CASE NO. C14-1924-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

On December 18, 2014, plaintiff Dejon Simpson presented to this Court for filing a civil rights complaint and an application to proceed with this action *in forma pauperis*, ("IFP"). (*See* Dkt. 1.) Upon review of plaintiff's submissions, the Clerk determined that plaintiff's application to proceed IFP was deficient because plaintiff failed to submit a certified copy of his prison trust account statement with the application. (*See* Dkt. 2.) On December 19, 2014, the Clerk sent plaintiff a letter advising him that he would have to correct this deficiency not later than January 20, 2015, and that his failure to do so could result in dismissal of his case. (*Id.*) To date, plaintiff has not responded in any fashion to the Clerk's letter.

As plaintiff has had ample time to correct the deficiency in his IFP application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for

REPORT AND RECOMMENDATION
PAGE - 1

failure to prosecute.  A proposed Order accompanies this Report and Recommendation.

<u>DEADLINE FOR OBJECTIONS</u>

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **<u>February 27, 2015</u>**.

DATED this <u>30th</u> day of January, 2015.

*[signature]*
Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2