THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Dejon Simpson,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Score Jail,<br><br>　　　　　　　Defendant. | CASE NO. C14-1924-JCC-MAT<br><br>ORDER ADOPTING R&R |

This matter comes before the Court on the Report and Recommendation (R&R) of Chief Magistrate Judge Mary A. Theiler (Dkt. No. 3) addressing Plaintiff's Application to Proceed *in Forma Pauperis* (Dkt. No. 1). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby **ADOPTS** the R&R and Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for the reasons explained herein.

I.      BACKGROUND

Dejon Simpson ("Simpson") filed an Application to Proceed *in Forma Pauperis* ("Application") with this Court on December 12, 2014. Dkt. No. 1. The Clerk of the Court sent a letter to Simpson notifying him that his Application was deficient for failure to submit a certified copy of his prison trust account statement. Dkt. No. 2. The Clerk's letter also notified Simpson that his case may be subject to dismissal if he did not cure the defect by January 20, 2015. *Id.* Simpson has not communicated further with the Court since filing his Application.

## II. DISCUSSION

Simpson has been granted substantial time to correct the deficiency in his Application, and has failed to cure the defect. The R&R prepared by Judge Theiler recommends that Simpson's action be dismissed without prejudice for failure to prosecute. In light of his failure to cure the deficiency, the Court **ADOPTS** the R&R and Simpson's action is **DISMISSED WITHOUT PREJUDICE**.

## III. CONCLUSION

For the foregoing reasons, the Court **ADOPTS** the R&R (Dkt. No. 3). Plaintiff's action (Dkt No. 1) is **DISMISSED WITHOUT PREJUDICE**.

DATED this 12th day of March 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE